| | |
|---|---|
| 1 | **DAVID S. WILSON** |
| 2 | The Law Office of David S. Wilson, APC |
|  | California State Bar No. 297934 |
| 3 | 105 W "F" Street, Third Floor |
|  | San Diego, California, 92101 |
| 4 | Telephone: (719) 522-3378 |
|  | Facsimile: (619) 332-4623 |
| 5 | Email: dswilsonlegal@gmail.com |
| 6 | Attorney for Defendant #7 |
|  | STEPHEN SHEDD |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.: 17-CR-0623-JLS-7 |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING WITH PSR** |
| v. | |
| STEPHEN SHEDD (7), | Date: July 22, 2022 |
| Defendant. | Time: 9:00 a.m. |

## MOTION TO CONTINUE

**IT IS HEREBY MOVED** by Defendant Stephen SHEDD ("Mr. SHEDD") in the above-captioned case that the sentencing hearing, currently scheduled for July 22, 2022 at 9:00 a.m., be continued to November 3, 2022 at 9:00 a.m.

Due to scheduling conflicts, Mr. SHEDD has not yet completed his presentence interview with U.S. Probation. Further time is necessary to allow completion of that interview.

Additionally, Mr. SHEDD was a testifying witness in the six (6) week trial in *United States v. Newland et al.* Defense counsel anticipates incorporating discussion of witness testimony and evidence received during trial into Mr. SHEDD's sentencing arguments. However, defense counsel has not yet received all of the trial's transcripts, nor

had time to review the voluminous transcripts already available. To fully prepare and articulate Mr. SHEDD's sentencing arguments, additional time is needed.

The parties have not previously requested a continuance of this case's sentencing hearing.

Defense counsel has conferred with the Government, and the Government has indicated no opposition to the request to continue. Mr. SHEDD has conferred with defense counsel, and agrees the continuance is necessary.

**IT IS FURTHER AGREED** that the time necessary for this continuance should be excluded under the Speedy Trial Act, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

Dated: July 13, 2022

*/s/ David S. Wilson*
DAVID S. WILSON
Attorney for Defendant #7
STEPHEN SHEDD