# Boyce & Schaefer
ATTORNEYS AT LAW
934 23rd Street
San Diego, California 92102

ROBERT E. BOYCE
rb@boyce-schaefer.com

LAURA G. SCHAEFER
ls@boyce-schaefer.com

BENJAMIN KINGTON
bk@boyce-schaefer.com

Telephone: (619)232-3320
Facsimile: (619)232-8271

Filed via ECF - December 8, 2023

Honorable Janis L. Sammartino
Judge, United States District Court
Southern District of California
221 West Broadway
San Diego, CA 92101

    Re:    *United States v. Newland, et al.*
           United States District Court, Southern District of California
           Case No. 17cr0623-JLS

Dear Judge Sammartino:

    Mr. Boyce and I join in Mr. Burns' request (Docket# 1270) and Mr. Mancano's request (Docket #1273) for an investigation into this decision by the government to allow Mr. Shedd to withdraw his plea and enter a dismissal of the charges against him. Mr. Shedd did not maintain his innocence; he confessed under oath to his crimes. He was not forced through the gauntlet of a trial rife with "flagrant" and "outrageous" prosecutor and agent misconduct, while maintaining his innocence. Yet he is rewarded with a dismissal of the charges against him. This is not justice; one can only assume that something that has nothing to do with justice is motivating this extraordinary decision.

    The government's action has a serious impact apart from this particular case at hand. The lawless enforcement of the law is being perpetrated by those most obligated to uphold the law. The inevitable result is public mistrust of our criminal justice system. The government's decision cannot withstand scrutiny; we request the Court reject the government's deal with Mr. Shedd and conduct an inquiry.

                                      Respectfully,
                                      /s/ Laura Schaefer
                                      /s/ Robert E. Boyce
                                      Counsel for David Lausman

LS/REB:mej