TARA K. McGRATH
United States Attorney
BRIAN R. YOUNG
Deputy Chief, Fraud Section
1400 New York Ave., NW
Washington, D.C. 20530
Tel: (202) 445.1183
Email: Brian.young4@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 17-cr-00623 |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE WITHDRAWAL |
| v. | |
| DAVID NEWLAND, ET. Al., | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my withdrawal as co-counsel in the above-captioned case. Effective this date, <u>I am no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Brian R. Young

DATED: January 30, 2024.

TARA K. McGRATH
United States Attorney

*s/ Brian R. Young*
Brian R. Young
Deputy Chief