**DAVID S. WILSON**
The Law Office of David S. Wilson, APC
California State Bar No. 297934
105 W "F" Street, Third Floor
San Diego, California, 92101
Telephone:     (719) 522-3378
Facsimile:     (619) 332-4623
Email:          dswilsonlegal@gmail.com

Attorney for Defendant #7
STEPHEN SHEDD

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRICO DEGUZMAN (2),<br>DONALD GAYLE HORNBECK (3),<br>STEPHEN SHEDD (7),<br>ROBERT GORSUCH (9),<br><br>Defendant. | CASE NO.: 3:17-CR-00623-JLS<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING**<br><br>Date:     April 16, 2024<br>Time:    10:00 a.m. |

## MOTION TO CONTINUE

**IT IS HEREBY MOVED** by Defendant STEPHEN SHEDD ("Mr. SHEDD"), by and through his counsel David S. Wilson; Defendant ENRICO DEGUZMAN ("Mr. DEGUZMAN"), by and through his counsel Hamilton E. Arendsen; Defendant DONALD GAYLE HORNBECK ("Mr. HORNBECK"), by and through his counsel Benjamin J. Cheeks; Defendant ROBERT GORSUCH ("Mr. GORSUCH"), by and through his counsel Frederick Carroll; Defendant JOSE SANCHEZ in case no. 3:13-cr-04287-JLS, by and through his counsel Vincent Ward; and the United States of America, by and through Assistant U.S. Attorney Peter Ko, jointly, that the Motion Hearing Re: Motion to

Withdraw Guilty Pleas, currently scheduled for April 16, 2024 at 10:00 a.m., be continued to May 21, 2024 at 10:00 a.m.

The parties have met and conferred regarding the briefing ordered by the Court on December 20, 2023. The parties have been diligently working to complete briefing, but need additional time to fully address the legal and factual issues relevant to the Court's decision.

The parties have additionally conferred regarding a modified briefing schedule. The parties will separately submit an amended briefing schedule to the Court, based upon the disposition of this motion to continue.

The parties have previously requested one continuance of this case's motion hearing, which the Court granted.

All defendants have conferred with defense counsel and are in agreement that the requested continuance is necessary.

For the aforementioned reasons, the parties jointly request the Court continue the scheduled motion hearing to May 21, 2024 at 10:00 a.m.

Respectfully submitted.

Dated:  March 6, 2024      /s/ David S. Wilson
                           DAVID S. WILSON

                           Attorney for Defendant #7
                           STEPHEN SHEDD

Dated:  March 6, 2024      /s/ Hamilton E. Arendsen
                           Hamilton E. Arendsen

                           Attorney for Defendant #2
                           ENRICO DEGUZMAN

| | |
|---|---|
| Dated: March 6, 2024 | */s/ Benjamin J. Cheeks* |
| | Benjamin J. Cheeks |
| | Attorney for Defendant #3 |
| | DONALD GAYLE HORNBECK |
| | |
| Dated: March 6, 2024 | */s/ Frederick M. Carroll* |
| | Frederick M. Carroll |
| | Attorney for Defendant #9 |
| | ROBERT GORSUCH |
| | |
| Dated: March 6, 2024 | */s/ Peter Ko* |
| | Peter Ko |
| | Assistant U.S. Attorney |